UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
MARGARET KILLIP,

            Plaintiff,

   - against -                             CIVIL CASE NO.
                                         3:02 CV 1494 (RNC)
SCANDINAVIAN MARINE CLAIMS OFFICE,
INC., SCANDINAVIAN UNDERWRITERS
AGENCY, SCUA AMERICAS, INC., SCUA
HOLDINGS, B.V., AND NORWEGIAN HULL
CLUB,                                          Nov 4, 2003
                                           ~~June 6, 2003~~

           Defendants and
           Third-Party Plaintiffs,

-----------------------------------------------------------x

### SCANDINAVIAN MARINE CLAIMS OFFICE, INC.'S MOTION FOR AN EXTENSION OF TIME TO SERVE THIRD PARTY COMPLAINT

Scandinavian Marine Claims Office, Inc. ("SMCO") moves the Court for an order extending its time to serve the third party complaint against Tom Ostensen dated June 6, 2003 (the "Third Party Complaint"). A copy of the Third Party Complaint is attached hereto as Exhibit A.

On June 6, 2003, SMCO moved the Court for permission to file the Third Party Complaint. By order dated July 8, 2003, the Court granted SMCO's motion and directed the clerk of the court to file the Third Party Complaint which it did that day. A copy of the Court's order is attached hereto as Exhibit B.

On October 12, 2003, before SMCO served the Third Party Complaint on Mr. Ostensen, Mr. Ostensen past away. A copy of a letter by Mr. Ostensen's counsel alerting the Court of Mr. Ostensen's death is attached hereto as Exhibit C.

1171619.1