Case 2:02-cv-01494-RNC   Document 39   Filed 03/01/2004   Page 1 of 1

39

02 CV1494rr

UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 MAR -1 P 3: 06

MARGARET KILLIP,          :

U.S. DISTRICT COURT
HARTFORD, CT.

Plaintiff,          :

v.          :          CASE NO.  3:02CV1494(RNC)

SCANDINAVIAN MARINE CLAIMS          :
OFFICE, INC., SCANDINAVIAN          :
UNDERWRITERS AGENCY, SCUA          :
AMERICAS, INC., SCUA          :
HOLDINGS, B.V. and NORWEGIAN          :
HULL CLUB,          :
          :
Defendants.          :

RECOMMENDED RULING ON DEFENDANT SMCO'S MOTION
FOR STAY PENDING ARBITRATION

The plaintiff, Margaret Killip ("Killip"), commenced this

action against Scandinavian Marine Claims Office, Inc. ("SMCO"),

SCUA Americas, Inc. ("SCUA"), Norwegian Hull Club ("NHC")

Scandinavian Underwriters Agency and SCUA Holdings, B.V.[1] Killip

alleges that she was denied certain retirement benefits to which

she is entitled.  Pending before the court is the defendant SMCO's

motion for stay of the plaintiff's claims pending arbitration.

**March 23, 2004.**   Killip v. Scandinavian Marine Claims Office, Inc.,
3:02CV1494 (RNC)

Re:  Recommended Ruling on Defendant SMCO's Motion for Stay Pending
Arbitration [Doc. #39]

Without objection and after review, the Magistrate Judge's Recommended Ruling
is hereby approved and adopted.

So ordered.

Robert N. Chatigny, U.S.D.J.