UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
MARGARET KILLIP,                                :
                                                :
          Plaintiff,                          :
                                                :
  - against -                                   :       CIVIL CASE NO.
                                                :       3:02 CV 1494 (RNC)
SCANDINAVIAN MARINE CLAIMS OFFICE,              :
INC., ET AL.                                    :       March 26, 2004
                                                :
          Defendants.                         :
---------------------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw her appearance as counsel for the following parties in this action: *Scandinavian Marine Claims Office, Inc., SCUA Americas Inc. and Norwegian Hull Club*.

Attorneys Madeleine F. Grossman of the firm of Levett Rockwood, and Donald J. Kennedy of the firm Carter, Ledyard & Milburn, have appearances on file for said parties and will continue to represent them in this matter.

                                              By /s/ Dorit S. Heimer
                                                Dorit S. Heimer
                                                Federal Bar No. ct01219
                                                LEVETT ROCKWOOD P.C.
                                                33 Riverside Avenue
                                                Post Office Box 5116
                                                Westport, Connecticut 06881
                                                Telephone: (203) 222-0885
                                                Facsimile: (203) 226-8025
                                                dheimer@levettrockwood.com

## **CERTIFICATION**

This is to certify that, on March 26, 2004, a true and correct copy of the foregoing was sent to Scandinavian Marine Claims Office, Inc., SCUA Americas Inc. and Norwegian Hull Club at the following addresses:

***BY CERTIFIED MAIL:***

Scandinavian Marine Claims Office, Inc.
SCUA Americas Inc.
Norwegian Hull Club
c/o Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005


*and by first-class mail, postage prepaid, or by hand delivery, to the following counsel of record:*


Manuel R. Llorca, Esq.                              Donald J. Kennedy, Esq.
Skoufalos, Llorca & Ziccardi, LLP                   Carter Ledyard & Milburn LLP
2187 Atlantic Street                                2 Wall Street
Stamford, CT  06902                                 New York, New York  10005

Madeleine F. Grossman, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
Westport, CT 06880

                                                    /s/ Dorit S. Heimer
                                                    Dorit S. Heimer

80839