UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 MAR 29 P 2:34 U.S. DISTRICT COURT HARTFORD, CT.

MARGARET KILLIP,

Plaintiff,

- against -

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., ET AL.

Defendants.

CIVIL CASE NO. 3:02 CV 1494 (RNC)

March 26, 2004

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 7(e), the undersigned moves for leave of the Court to withdraw her appearance as counsel for the following parties in this action: ***Scandinavian Marine Claims Office, Inc., SCUA Americas Inc. and Norwegian Hull Club.***

Attorneys Madeleine F. Grossman of the firm of Levett Rockwood, and Donald J. Kennedy of the firm Carter, Ledyard & Milburn, have appearances on file for said parties and will continue to represent them in this matter.

By ______________________

Dorit S. Heimer
Federal Bar No. ct01219
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
Post Office Box 5116
Westport, Connecticut 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025
dheimer@levettrockwood.com

March 31, 2004. Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 APR -2 A 7:39