UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
| | |
|---|---|
| MARGARET KILLIP | Civil Action No.: |
| | 3:02 CV 1494 (RNC) |
| Plaintiff, | |
| - against - | |
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., SCUA HOLDINGS, B.V., and NORWEGIAN HULL CLUB | April 22, 2004 |
| Defendants. | |

------------------------------------------------------------- X

**<u>APPEARANCE</u>**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the following defendants in this action:

***Scandinavian Marine Claims Office, Inc., SCUA Americas, Inc. and Norwegian Hull Club***.

    I certify that I am admitted to practice in this court.

                                    By <u>/s/ Frank J. Silvestri, Jr.</u>
                                        Frank J. Silvestri, Jr.
                                        Federal Bar No. ct05367
                                        LEVETT ROCKWOOD P.C.
                                        33 Riverside Avenue
                                        Post Office Box 5116
                                        Westport, Connecticut 06881
                                        Telephone: (203) 222-0885
                                        Facsimile: (203) 226-8025
                                        E-mail:  fsilvestri@levettrockwood.com

# **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was mailed via First Class Mail, postage pre-paid, on this the 22nd day of April, 2004, to the following counsel of record:

Manuel R. Llorca, Esq.
Skoufalos, Llorca & Ziccardi, LLP
2187 Atlantic Street
Stamford, CT  06902

Donald J. Kennedy, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10018

Madeleine F. Grossman, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
Westport, CT 06880

/s/ Frank J. Silvestri, Jr.
Frank J. Silvestri, Jr.

00081895