UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
----------------------------------------------------------x
MARGARET KILLIP,                          :
                                          :
                  Plaintiff,              :
                                          :
        - against -                       :      CIVIL CASE  NO.
                                          :      3:02 CV 1494 (RNC)
SCANDINAVIAN MARINE CLAIMS OFFICE,        :
INC., SCANDINAVIAN UNDERWRITERS           :
AGENCY, SCUA AMERICAS, INC., SCUA         :
HOLDINGS, B.V., AND NORWEGIAN HULL        :
CLUB,                                     :      October 12, 2004
                                          :
                                          :
                  Defendants.             :
----------------------------------------------------------x
```

## APPLICATION FOR ORDER TO SUBSTITUTE THE
## DECEASED THIRD PARTY DEFENDANT TOM OSTENSEN'S EXECUTOR

Pursuant to § 52-599(b) of the Connecticut General Statutes, the third party plaintiff, Scandinavian Marine Claims Office, Inc., applies to the Court for permission to substitute the Executor of third party defendant Tom Ostensen in his place.  Mr. Ostensen passed away on October 12, 2003.  The third party plaintiff received written notification of his death on October 14, 2003.  On information and belief, Mr. Ostensen's widow, Siri Ostensen, is Mr. Ostensen's Executrix.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC.


By:/s/ Madeleine F. Grossman
    Madeleine F. Grossman
    Federal Bar No. ct05987
    LEVETT ROCKWOOD P.C.
    33 Riverside Avenue
    Post Office Box 5116
    Westport, Connecticut  06880
    Telephone:   (203) 222-0885
    Facsimile:    (203) 226-8025

    Donald J. Kennedy
    Federal Bar No. ct23620
    CARTER LEDYARD & MILBURN LLP
    2 Wall Street
    New York, New York  10005
    Telephone:  (212) 732-3200
    Facsimile:   (212) 732-3232


SO ORDERED:


_____
United States District Judge

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via First Class Mail, postage

pre-paid, on this the 12th day of October, 2004, to the following counsel of record:


Manuel R. Llorca, Esq.
Daniel Paige, Esq.
Skoufalos, Llorca & Ziccardi, LLP
2187 Atlantic Street
Stamford, CT  06902

Charles Stewart, Esq.
Stewart Occhipinti & Makow, LLP
1350 Broadway
Suite 2200
New York, New York  10018


/s/ Madeleine F. Grossman
Madeleine F. Grossman