UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
MARGARET KILLIP,

    Plaintiff,

    - against -

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., SCUA HOLDINGS, B.V., AND NORWEGIAN HULL CLUB,

    Defendants.
------------------------------------------------------------x

CIVIL CASE NO.
3:02 CV 1494 (RNC)

October 12, 2004

### APPLICATION FOR ORDER TO SUBSTITUTE THE DECEASED THIRD PARTY DEFENDANT TOM OSTENSEN'S EXECUTOR

Pursuant to § 52-599(b) of the Connecticut General Statutes, the third party plaintiff, Scandinavian Marine Claims Office, Inc., applies to the Court for permission to substitute the Executor of third party defendant Tom Ostensen in his place. Mr. Ostensen passed away on October 12, 2003. The third party plaintiff received written notification of his death on October 14, 2003. On information and belief, Mr. Ostensen's widow, Siri Ostensen, is Mr. Ostensen's Executrix.

*[Handwritten margin note: GRANTED. So ordered. 10/25/04. [signature]]*