UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 NOV 23 P 5: 00

U.S. DISTRICT COURT
HARTFORD, CT.

MARGARET KILLIP,

    Plaintiff,

    v.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC., ET AL.,

    Defendants.

CASE NO.   3:02CV1494(RNC)

<u>NOTICE AND ORDER</u>

The parties shall submit a joint status report on or before December 13, 2004.  The report will address the matters listed in Fed. R. Civ. P. 16(c).   Joint status reports of counsel addressing those matters will be submitted every 90 days thereafter until the matter is resolved.

SO ORDERED at Hartford, Connecticut this _23rd_ day of November, 2004.

Donna F. Martinez
United States Magistrate Judge