UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------X
MARGARET KILLIP,

        Plaintiff,

-against-

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC., SCANDINAVIAN
UNDERWRITERS AGENCY, SCUA
AMERICAS, INC., SCUA HOLDINGS,
B.V., and NORWEGIAN HULL CLUB,

        Defendants.
-------------------------------------------------X

CIVIL ACTION NO.:
302 CIV. 1494 (RNC)

December 10, 2004

## JOINT STATUS REPORT

Pursuant to the Court's Order dated November 23, 2004, the parties hereby submit this joint status report concerning the matters listed in Federal Rule of Civil Procedure 16(c).

(1) On August 26, 2002, plaintiff Margaret Killip filed the complaint in this action against defendants Scandinavian Marine Claims Office, Inc. ("SMCO"), Scandinavian Underwriters Agency, SCUA Americas, Inc. ("SCUA"), SCUA Holding B.V. and Norwegian Hull Club ("NHC") seeking monies allegedly owed her under a qualified pension plan and a non-qualified pension plan. The non-qualified plan contained an arbitration provision requiring all disputes to be resolved before the American Arbitration Association.

(2) On December 13, 2002, SMCO and SCUA filed their answer to the complaint and asserted a counterclaim seeking payment under a mortgage note signed by the plaintiff.

(3) On February 7, 2003, plaintiff filed her Reply to SMCO's and SCUA's counterclaim.

(4) On March 31, 2003, defendant SMCO filed a motion to stay plaintiff's claims pending arbitration. The motion was referred to Magistrate Judge Martinez.

(5) On June 9, 2003, NHC filed its answer to the complaint. The remaining defendants have not answered the complaint because they have not been served with the complaint by plaintiff.

(6) On June 9, 2003, SMCO moved for leave to file a third party complaint seeking indemnification and contribution from Tom Ostensen. On July 8, 2003, the Court granted SMCO's motion and the third party complaint was filed.

(7) On July 14, 2003, the parties submitted a report of their planning meeting in which the parties agreed not to pursue discovery pending a decision of SMCO's motion to stay the case pending arbitration.

(8) On October 12, 2003, third party defendant Tom Ostensen passed away. On November 5, 2003, SMCO moved to extend the time to serve the third party complaint on the estate of Tom Ostensen pending the appointment of an executor to his estate. The Court granted SMCO's motion on March 2, 2004.

(9) On March 1, 2004, Magistrate Judge Martinez issued her recommended ruling granting in part and denying in part SMCO's motion to stay the case pending arbitration. The ruling granted a stay with respect to plaintiff's claims concerning the non-qualified plan and denied a stay with respect to all other claims. The Court adopted the recommended ruling on March 24, 2004. Plaintiff has not yet commenced an arbitration with respect to the claims regarding the non-qualified plan.

(10) Siri Ostensen needed a substantial amount of time following the death of her husband to open an estate for Mr. Ostensen, become executrix of his estate, organize his affairs, and authorize appearance of counsel for the estate in this matter.

(11) On October 12, 2004, SMCO moved to substitute Siri Ostensen, as the executrix of the estate of Tom Ostensen, for third party defendant Tom Ostensen in this action. The Court granted SMCO's motion on October 26, 2004.

(12) SMCO intends to move as soon as possible for summary judgment on its claims for breach of the mortgage note.

(13) The parties are unable to determine whether there will be issues concerning unnecessary proof and cumulative evidence.

(14) The parties believe that it would be helpful to engage in settlement discussions as soon as possible.

(15) The parties do not believe any special procedures to address the issues listed in Federal Rule of Civil Procedure 16(c)(12) will be necessary.

(16) The plaintiff intends to move to consolidate this action with Scandinavian Marine Claims Office Inc. v. Tom and Siri Ostensen, 3:02 CV 678 (RNC) for the purposes of discovery. Plaintiff also intends to request the establishment of a discovery schedule, pursuant to Federal Rule of Civil Procedure 16(c)(6), to expedite the resolution of the issue as to whether NHC is liable for the pension obligations of SMCO.

(17) The defendant may request an order for a separate trial pursuant to Federal Rule of Civil Procedure 42(b) with respect to particular claims in the case. Third party defendant expects to move to consolidate this case with Scandinavian Marine Claims Office Inc. v. Tom and Siri Ostensen, 3:02 CV 678 (RNC).

(18)    The parties do not anticipate any need for an order of the type listed in Federal Rule of Civil Procedure 16(c)(14).

(19)    The parties are unable to estimate the length of trial at this time.

(20)    The parties do not wish to raise any other matters regarding the facilitation of a just, speedy and inexpensive disposition of the action at this time.

Dated: December 10, 2004            By: /s/ Charles A. Stewart
                                    Charles A. Stewart, III
                                    Stewart Occhipinti & Makow, LLP
                                    1350 Broadway, Suite 2200
                                    New York, NY 10018
                                    (212) 239-5500

                                    Attorneys for plaintiff Margaret Killip


Dated: December 10, 2004            By: /s/ Donald J. Kennedy
                                    Donald J. Kennedy, Federal Bar No. ct23620
                                    CARTER LEDYARD & MILBURN LLP
                                    2 Wall Street
                                    New York, New York 10005
                                    Telephone: (212) 732-3200
                                    Facsimile: (212) 732-3232

                                    Madeleine F. Grossman, Federal Bar No. ct05987
                                    LEVETT ROCKWOOD P.C.
                                    33 Riverside Avenue
                                    Post Office Box 5116
                                    Westport, Connecticut 06880
                                    Telephone: (203) 222-0885
                                    Facsimile: (203) 226-8025

                                    Attorneys for Defendants Scandinavian Marine
                                    Claims Office, Inc. SCUA Americas, Inc. and
                                    Norwegian Hull Club


Dated: December 10, 2004            By: /s/ Jeffrey M. Eilender
                                    Jeffrey M. Eilender, Esq.
                                    Elizabeth Prickett-Morgan
                                    Schlam Stone & Dolan LLP
                                    26 Broadway
                                    New York, N.Y. 1004
                                    Attorneys for third party defendant Tom Ostensen

                                    Sharon E. Jaffe, Esq.
                                    Levin & Glasser, P.C.
                                    3 Ledgebrook Court
                                    Weston, Ct. 06883

1277356.1                                          5