UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------X
MARGARET KILLIP,                               :
                                               :
            Plaintiff,                         :    302 CIV. 1494 (RNC)
                                               :
   -against-                                   :
                                               :
SCANDINAVIAN MARINE CLAIMS                     :
OFFICE, INC., SCANDINAVIAN                     :
UNDERWRITERS AGENCY, SCUA                      :    STIPULATION AND ORDER
AMERICAS, INC., SCUA HOLDINGS,                 :    OF DISMISSAL
B.V., and NORWEGIAN HULL CLUB,                 :
                                               :
            Defendants.                        :
-----------------------------------------------X
```

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties hereto, that pursuant to a written settlement agreement executed by and between Margaret Killip and Scandinavian Marine Claims Office, Inc., the above-captioned action is hereby dismissed, with prejudice and without costs to any party.

Dated: May 26, 2005

| | |
|---|---|
| **STEWART OCCHIPINTI, LLP** | **CARTER LEDYARD & MILBURN LLP** |
| By: _____ | By: _____ |
| Charles A. Stewart, III | Donald J. Kennedy |
| 65 West 36th Street, 7th Floor | 2 Wall Street |
| New York, New York 10018 | New York, New York 10005 |
| (212) 239-5500 | (212) 732-3200 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**SO ORDERED:**

_____