UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN 13 A 7: 13

DISTRICT COURT
HARTFORD, CT.

MARGARET KILLIP,

    Plaintiff,

V.

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC., ET AL.,

    Defendants.

CASE NO. 3:02CV1494 (RNC)

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before July 11, 2005.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before July 11, 2005.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 9.

So ordered.

Dated at Hartford, Connecticut this ⎵ day of June 2005.

Robert N. Chatigny
United States District Judge