FILED
2005 JUN 10 A 11: 01
DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
MARGARET KILLIP,

            Plaintiff,

            302 CIV. 1494 (RNC)

-against-

SCANDINAVIAN MARINE CLAIMS
OFFICE, INC., SCANDINAVIAN
UNDERWRITERS AGENCY, SCUA
AMERICAS, INC., SCUA HOLDINGS,
B.V., and NORWEGIAN HULL CLUB,

**STIPULATION AND ORDER OF DISMISSAL**

            Defendants.
------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties hereto, that pursuant to a written settlement agreement executed by and between Margaret Killip and Scandinavian Marine Claims Office, Inc., the above-captioned action is hereby dismissed, with prejudice and without costs to any party.

Dated: May 26, 2005

**STEWART OCCHIPINTI, LLP**

By: _____
Charles A. Stewart, III
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 239-5500

Attorneys for Plaintiff

**CARTER LEDYARD & MILBURN LLP**

By: _____
Donald J. Kennedy
2 Wall Street
New York, New York 10005
(212) 732-3200

Attorneys for Defendants

*June 21, 2005. Approved as to all defendants. So ordered.*
*Robert N. Chatigny, U.S.D.J.*