UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG -8 A 8:58
U.S. DISTRICT COURT
HARTFORD, CT.

-------------------------------------------------------X
MARGARET KILLIP,

    Plaintiff,

- against -

SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., SCUA HOLDINGS, B.V., AND NORWEGIAN HULL CLUB,

    Defendants and

    Third Party Plaintiffs.

-against-

SIRI OSTENSEN, Executrix to the Estate of Tom Ostensen,

    Third Party Defendant.

-------------------------------------------------------X

Civil Case No.
3:02 CV 1494 (RNC)

**AMENDED STIPULATION**
**AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, that pursuant to a written settlement agreement executed by and between Margaret Killip and Scandinavian Marine Claims Office, Inc., the action by Margaret Killip against Scandinavian Marine Claims Office, Inc., Scandinavian Underwriters Agency, SCUA Americas, Inc., SCUA Holdings, B.V., and Norwegian Hull Club, is hereby dismissed, with prejudice and without costs to any party.

02cv1494 end

1316539.1

*[Handwritten margin note, left side:]* August 4, 2005. The order approving the stipulation of dismissal [doc. 54] is hereby vacated. The amended stipulation, and order of dismissal is hereby approved. The case is reopened. So ordered.

Robert N. Chatigny, U.S.D.J.