**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCANDINAVIAN MARINE CLAIMS OFFICE, INC., <br><br> *Plaintiff*, <br><br> - against - <br><br> SIRI OSTENSEN, <br><br> *Defendant*, <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., S.M.C.O., A.S., AND NORWEGIAN HULL CLUB, <br><br> *Counterclaim and Third-Party Defendants*. | Civil Action No. 3:02CV678 (RNC) <br><br> **STIPULATION OF DISMISSAL** |
| MARGARET KILLIP, <br><br> *Plaintiff*, <br><br> - against - <br><br> SCANDINAVIAN MARINE CLAIMS OFFICE, INC., SCANDINAVIAN UNDERWRITERS AGENCY, SCUA AMERICAS, INC., SCUA HOLDINGS, B.V., AND NORWEGIAN HULL CLUB, <br><br> *Defendants and Third-Party Plaintiffs*, <br><br> - against - <br><br> TOM OSTENSEN <br><br> *Third-Party Defendant*. | Civil Action No. 3:02CV1494 (RNC) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the

parties to these actions, by their undersigned counsel, as follows:

1. The above-captioned actions are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

2. No party shall be entitled to, nor shall they seek, in this action or any other, an award of costs, disbursements or fees, including attorneys' fees, from any other party to the above-captioned actions.

3. No person not a party to the above-captioned actions has an interest in the subject matter of those actions.

4. All pending motions in the above-captioned actions are withdrawn.

5. This Stipulation has been made pursuant to the terms of a Settlement Agreement dated as of March 3, 2006.

Dated: New York, New York
       March 3, 2006

| **SCHLAM STONE & DOLAN LLP** | **CARTER LEDYARD & MILBURN LLP** |
|---|---|
| By:_____<br>    John M. Lundin (Bar No. phv 0185)<br>    26 Broadway<br>    New York, New York 10004<br>    (212) 344-5400 | By:_____<br>    Donald J. Kennedy (Bar No. ct23620)<br>    2 Wall Street<br>    New York, NY 10005<br>    (212) 732-3200 |
| Sharon E. Jaffe (Bar No. ct04623) | Madeleine F. Grossman<br>(Bar No.ct05987) |
| **LEVIN & GLASSER, P.C.**<br>P.O. Box 1098<br>Weston, CT 06883<br>(203) 221-3008<br>*Attorneys for Siri Ostensen*<br>*in her individual capacity and as the*<br>*executrix of the estate of her*<br>*husband, Tom Ostensen* | **LEVETT ROCKWOOD P.C.**<br>33 Riverside Avenue<br>Post Office Box 5116<br>Westport, Connecticut 06880<br>(203) 222-0885<br>*Attorneys for Scandinavian Marine*<br>*Claims Office, Inc.,*<br>*SCUA Americas, Inc., SMCO, A.S.,*<br>*and Norwegian Hull Club* |